1 | EVAN S. COHEN
2 | S. MARTIN KELETI
    COHEN AND COHEN
    740 North La Brea Avenue
3 | Los Angeles, California 90038-3339
    (323) 938-5000 Telephone
4 | (323) 936-6354 Facsimile

5 | Attorneys for plaintiff THIRD STORY MUSIC, INC.

# United States District Court
# Central District of California

| | |
|---|---|
| THIRD STORY MUSIC, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WARNER MUSIC GROUP CORP., a Delaware corporation,<br><br>Defendant. | Case No. CV 05-03942 PA (SHx)<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE;<br><br>[PROPOSED] ORDER |

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

---
1
Stipulation for Dismissal

# STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Third Story Music, Inc., a California corporation, through its attorneys Cohen and Cohen, and defendant Warner Music Group, Inc., a Delaware corporation, through its attorneys, Munger, Tolles & Olson LLP, stipulate to dismissal of the entire action with prejudice, as to all parties, with each party to bear its own attorney's fees and costs.

Dated: February 15, 2006      COHEN AND COHEN

By: /s/ S. Martin Keleti
S. MARTIN KELETI
Attorneys for plaintiff

Dated: February 14, 2006      MUNGER, TOLLES & OLSON LLP

By: /s/ Linda M. Burrow
LINDA M. BURROW
Attorneys for defendant

# ORDER

*IT IS SO ORDERED.*

Dated: 2/16/06

/s/ Percy Anderson
HON. PERCY ANDERSON
United States District Judge